IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARK MCCLESKEY, TRUSTEE AND INDIANA STATE COUNCIL OF PLASTERERS AND CEMENT MASONS HEALTH AND WELFARE AND PENSION FUNDS, )<br>Plaintiffs, )<br>vs. )<br>LUCAS STUCCO & EIFS DESIGN, LLC, a Missouri corporation, )<br>Defendants. ) | No. 1:10-cv-376-LJM-DML |

## MOTION TO WITHDRAW APPEARANCE AND SUBSTITUTION OF COUNSEL

Courtney E. Chilcote of the law firm of Hostetler & Kowalik, P.C., hereby enters her appearance on behalf of Plaintiffs Mark McCleskey, Trustee and Indiana State Council of Plasterers and Cement Masons Health and Welfare and Pension Funds, and represents to the Court that Rachel L. Hazaray is no longer associated with Hostetler & Kowalik, P.C. and consents to this withdrawal and substitution of counsel.

WHEREFORE, Courtney E. Chilcote prays that she be allowed to enter her appearance on behalf of Plaintiffs and that Rachel L. Hazaray be allowed to withdraw her appearance, and for all other relief just and proper.

HOSTETLER & KOWALIK, P.C.

By: */s/ Courtney E. Chilcote*
Courtney E. Chilcote
HOSTETLER & KOWALIK, P.C.
101 West Ohio Street, Suite 2100
Indianapolis, IN 46204
Tel: (317) 262-1001 / Fax: (317) 262-1010
Email: cchilcote@hklawfirm.com

H&K169755v1

**CERTIFICATE OF SERVICE**

I hereby certify that on December 27, 2010, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties via first-class United States Mail, postage prepaid, and properly addressed:

>Lucas Stucco & EIFS Design, LLC
>c/o its owner, Ralf Schlaefli
>200 North Broadway
>Suite 700
>St. Louis, MO 63102
>
>Donald D. Schwartz
>Arnold & Kadjan
>19 West Jackson Boulevard
>Chicago, IL  60604

>*/s/ Courtney E. Chilcote*
>Courtney E. Chilcote
>HOSTETLER & KOWALIK, P.C.
>101 West Ohio Street, Suite 2100
>Indianapolis, IN  46204
>Tel: (317) 262-1001
>Fax: (317) 262-1010
>Email: cchilcote@hklawfirm.com

H&K169755v1