IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARK MCCLESKEY, TRUSTEE AND INDIANA STATE COUNCIL OF PLASTERERS AND CEMENT MASONS HEALTH AND WELFARE AND PENSION FUNDS,<br>　　　　　Plaintiffs,<br>vs.<br><br>LUCAS STUCCO & EIFS DESIGN, LLC, a Missouri corporation,<br>　　　　　Defendants. | )<br>)<br>)<br>)   No. 1:10-cv-376-LJM-DML<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER GRANTING WITHDRAWAL OF ATTORNEY
## AND SUBSTITUTION OF COUNSEL

Comes now Courtney E. Chilcote of the law firm of Hostetler & Kowalik, P.C., having filed a Motion to Withdraw Appearance and Substitution of Counsel, and the Court, being duly advised in the premises, now finds that said motion should be granted. Therefore, it is accordingly,

ORDERED, ADJUDGED AND DECREED that the appearance of Rachel L. Hazaray, on behalf of Plaintiffs is hereby withdrawn and substituted with the appearance of Courtney E. Chilcote.

Dated this 12/29/2010

　　　　　　　　　　　　　　　　　　　　LARRY J. McKINNEY, JUDGE
　　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　　Southern District of Indiana

Copies To:

Donald D. Schwartz
Arnold and Kadjan
19 West Jackson Blvd., Suite 300
Chicago, IL 60604

Jeffrey A. Hokanson
Hostetler & Kowalik, P.C.
101 West Ohio Street, Suite 2100
Indianapolis, IN  46204

Lucas Stucco & EIFS Design, LLC
c/o its owner, Ralf Schlaefli
200 North Broadway
Suite 700
St. Louis, MO 63102