## IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division: | Case Number: 11SL-CC00335 |
|---|---|
| Plaintiff/Petitioner:<br>MARK MCCLESKEY, TRUSTEE AND INDIANA STATE COUNCIL OF PLASTERERS & CEMENT MASONS HEALTH, WELFARE AND PENSION FUNDS<br>vs. | To: (Name and Address of Judgment Creditor)<br>MARK MCCLESKEY, TRUSTEE AND INDIANA STATE COUNCIL OF PLASTERERS & CEMENT MASONS HEALTH, WELFARE AND PENSION FUNDS |
| Defendant/Respondent:<br>LUCAS STUCCO & EIFS DESIGN LLC | |
| Name and Address of Judgment Debtor<br>SOUTHERN DISTRICT OF INDIANA,<br>INDIANAPOLIS DIVISION<br>46 E OHIO ST ROOM 105<br>INDIANAPOLIS, IN 46204 | Name and Address of Judgment Creditor's Lawyer<br>JOHN K SHEEHAN<br>117 N. KIRKWOOD, ST 200<br>ST. LOUIS, MO 63122 |
| | (Date File Stamp) |
| Date: 02-02-2011 | Foreign Court Case Number: 10CV-376-LJM-DML | State: IN |

### Notice of Filing of Foreign Judgment

You are hereby notified pursuant to Supreme Court Rule 74.14(c) that a foreign judgment was filed with the Circuit Court of St. Louis County, Missouri on **01-26-2011** in order to register said judgment.

The judgment and the file are available for your inspection upon request at the Office of the Circuit Clerk, St. Louis County Courts Building, 7900 Carondelet Ave., Clayton, Missouri 63105.

#### Certificate of Mailing

I certify that a copy of this notice was mailed on (date) **02-02-2011** by regular mail to the above-named judgment debtor at the address provided by the judgment creditor.

JOAN M. GILMER, Circuit Clerk

By: _____
Deputy Clerk

SPECIAL NEEDS: If you have special needs addressed by the American With Disabilities Act, please notify the Office of the Circuit Clerk at 314/615-8029, FAX 314/615-8739, or TTY 314/615-4567, at least three business days in advance of any court proceeding.